UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| JEFFREY K. LANDRUM, FOR HIMSELF AND ON BEHALF OF ALL OTHERS SIMILARLY SITUATED,<br><br>Plaintiffs,<br>VS.<br><br>EAST TEXAS MEDICAL CENTER REGIONAL HEALTHCARE SYSTEM,<br><br>Defendant. | § § § § § § § § § § § § § § § CIVIL ACTION NO. 4:14-CV-848 |

## ORDER

Before the Court is Defendant's Opposed Motion to Strike Plaintiff's Surreply to Defendant's Motion to Dismiss for Lack of Subject Matter Jurisdiction and Alternatively Unopposed Motion for Leave to File Response to Plaintiff's Surreply. (Doc. No. 19.) The Court hereby **ORDERS** as follows:

Defendant's Motion to Strike is **DENIED**. Defendant's Unopposed Motion for Leave is **GRANTED**. Defendant is permitted to file a Response to Plaintiff's Surreply to Defendant's Motion to Dismiss (Doc. No. 18) by no later than Wednesday, October 15, 2014.

**IT IS SO ORDERED.**

SIGNED at Houston, Texas, on this the 7th day of October, 2014.

KEITH P. ELLISON
UNITED STATES DI7RICT JUDGE